Matthew D. Murphey, Bar No.194111
matthew.murphey@troutmansanders.com
Meghan Canty Sherrill, Bar No. 259487
meghan.sherrill@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:    949.622.2700
Facsimile:    949.622.2739

Attorneys for Plaintiff
CALIFORNIA BANK & TRUST as Assignee of the
FDIC as Receiver for VINEYARD BANK, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOHN R. PEDALINO,<br><br>Debtor. | Case No.  6:13-bk-11489-WJ<br><br>Chapter 7 |
| CALIFORNIA BANK & TRUST, a California corporation, as Assignee of the Federal Deposit Insurance Corporation as Receiver for Vineyard Bank, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. PEDALINO, individually and as Trustee of the JOHN R. PEDALINO REVOCABLE TRUST, DATED JANUARY 28, 2003,<br><br>Defendant. | Adversary No. 6:13-ap-01186-WJ<br><br><br><br>**NOTICE OF SETTLEMENT** |

- 1 -

NOTICE OF SETTLEMENT

29158512V1

| | |
|---|---|
| CALIFORNIA BANK & TRUST, a California corporation, as Assignee of the Federal Deposit Insurance Corporation as Receiver for Vineyard Bank, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. PEDALINO, individually and as Plaintiff of the JOHN R. PEDALINO REVOCABLE TRUST, DATED JANUARY 28, 2003, CYNTHIA A. DIAZ, an individual, DESERT ESTATES DEVELOPMENT, INC., a California corporation, CJ LA QUINTA INVESTMENTS, INC., a California corporation, and MKIDS LA QUINTA, INC., a California corporation,<br><br>Defendants. | Adversary No.:  6:14-ap-01274-WJ |

**TO ALL PARTIES AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Plaintiff California Bank & Trust and Defendants Cynthia A. Diaz, CJ La Quinta Investments, Inc., MKids La Quinta, Inc., Desert Estates Development, Inc., and John R. Pedalino, individually and as Trustee of the John R. Pedalino Revocable Trust dated January 28, 2003, by and through their respective counsel of record, have reached a settlement in this action, subject to final documentation, which is in progress, and subject to approval of the Court.

Dated: September 12, 2016

TROUTMAN SANDERS LLP

By: */s/ Meghan C. Sherrill*
    Matthew D. Murphey
    Meghan C. Sherrill

Attorneys for Plaintiff
California Bank & Trust, as Assignee of the FDIC, as Receiver for Vineyard Bank, N.A.

- 3 -

NOTICE OF SETTLEMENT

29158512V1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5 Park Plaza, Suite 1400, Irvine, CA  92614

**NOTICE OF SETTLEMENT**

A true and correct copy of the foregoing document entitled (*specify*):

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 12, 2016     , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Patrick J. Casey on behalf of Creditor Cynthia Diaz
notice@rhlawfirm.com

Charles W Daff (TR)
charleswdaff@gmail.com, c122@ecfcbis.com

Penelope Parmes on behalf of Plaintiff California Bank & Trust as Assignee of the FDIC as Receiver for Vineyard Bank, N.A.
penelope.parmes@troutmansanders.com

Penelope Parmes on behalf of Plaintiff California Bank & Trust as Assignee to the FDIC as Receiver for Vineyard Bank, N.A.
penelope.parmes@troutmansanders.com

Meghan C Sherrill on behalf of Plaintiff California Bank & Trust as Assignee of the FDIC as Receiver for Vineyard Bank, N.A.
meghan.sherrill@troutmansanders.com, marla.manion@troutmansanders.com

Meghan C Sherrill on behalf of Plaintiff California Bank & Trust as Assignee to the FDIC as Receiver for Vineyard Bank, N.A.
meghan.sherrill@troutmansanders.com, marla.manion@troutmansanders.com

Robert W Stewart, Jr on behalf of Defendant John R. Pedalino, individually and as trustee of the John R. Pedalino Revocable Trust, dated January 28, 2003
Dawne@rwstewartjrlaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐   Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

29158512v1

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 12, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard A Umbenhauer on behalf of Creditor Cynthia Diaz
Roemer & Harnik LLP
45025 Manitou Dr
Indian Wells, CA 92210

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 8, 2015, I served the following persons and/or entities by personal delivery as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2016 | Annette Siulagi | /Annette Siulagi/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

29158512v1