FILED & ENTERED

JUL 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOHN R. PEDALINO,<br><br>　　　　　　　　　　Debtor.<br><br>──────────────────────────<br><br>CALIFORNIA BANK & TRUST, A California Corporation, as Assignee of the FDIC as Receiver for Vineyard Bank, N.A.,<br><br>　　　　　　　　　　Plaintiff.<br><br>　　　　　　v.<br><br>JOHN R. PEDALINO, individually and as Trustee of the John R. Pedalino Revocable Trust Dated January 28, 2003,<br><br>　　　　　　　　　　Defendant. | Case No.: 6:13-bk-11489-WJ<br><br>CHAPTER 7<br><br>Adv. Case No. 6:13-ap-01186-WJ<br><br>**ORDER REGARDING MOTION OF CALIFORNIA BANK & TRUST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES CLAIM**<br><br>Hearing:<br>Date:　July 25, 2017<br>Time:　2:30 p.m.<br>Crtrm.:　304 |

1    On July 25, 2017 at 2:30 p.m., the Court held a hearing regarding the motion of California Bank & Trust for allowance of administrative expenses claim ("Motion") [adv. docket number 87]. All appearances were noted on the record. For the reasons stated on the record, the Court denied the Motion.

Accordingly, the Court hereby ORDERS as follows:

1. The Motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: July 26, 2017

Wayne Johnson
United States Bankruptcy Judge